# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

**No. 201700050**

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## JOHN M. STIDMAN
Corporal (E-4), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Eugene H. Robinson, Jr., USMC.
Convening Authority: Commanding General, III Marine
Expeditionary Force, Camp Foster, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Lieutenant Colonel
Christopher B. Shaw, USMC.
For Appellant: Lieutenant Commander William L. Geraty, JAGC,
USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 25 May 2017

———————————

Before CAMPBELL, FULTON, and MILLER, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court